■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORDDEREAL M. TOMPKINS, Appellant. [954 NYS2d 511]—Appeal

from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered June 9, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.